31 So.2d 70

## PAYNE v. STATE.
### 8 Div. 378.

Supreme Court of Alabama.
June 19, 1947.

F. E. Throckmorton, of Tuscumbia, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BROWN, Justice.

The appellant Ruben Payne was indicted for murder in the first degree, was tried and convicted of murder in the second degree and sentenced to the penitentiary for 35 years as punishment for the offense. The appeal is on the record without any transcript of the evidence.

The record appears to be in all things regular and we discover no errors therein.

Affirmed.

GARDNER, C. J., and LIVINGSTON and SIMPSON, JJ., concur.